# EXHIBIT A



February 28, 2013

Craig Solomon Ganz
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225

**KVP File No.:** 12.183BV McCallister
**Re:** Chapter 11 Proceedings-Case No. 2:12-bk-01288-GBN

## INVOICE
*For Professional Services Through 2/8/2013*

| ITEM | NET CHARGES |
|---|---|
| Forensic Accounting and Litigation Support Consulting Services* | $87,525.00 |
| Courtesy Discount | ($9,725.00) |
| Retainer Received** | ($0.00) |
| BALANCE DUE | **$77,800.00** |

*Represents 389.00 professional hours.
** We have received a $30k retainer and will request bankruptcy court approval to apply this to the outstanding invoice.

### PLEASE MAKE CHECK PAYABLE TO:

**Kotzin Valuation Partners, LLC**

### PAYMENT IS DUE UPON RECEIPT

**THANK YOU!**

Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 2/8/2013 |
| Clie.Selection | Include: 12.183BV McCallister |
| Slip.Billing Status | Billable |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Professional: Bryan Wong | | | | |
| 12/19/2012 | Data review analysis. | 0:45:00 | $175.00 | $131.25 |
| 12/27/2012 | Review Compass bank statements and incoming / outgoing funds. | 4:30:00 | $175.00 | $787.50 |
| 12/28/2012 | Prepare schedules summarizing cash transactions. | 1:30:00 | $175.00 | $262.50 |
| 1/2/2013 | Review Compass bank statements and incoming / outgoing funds. | 6:00:00 | $175.00 | $1,050.00 |
| 1/3/2013 | Review Compass bank statements and incoming / outgoing funds. | 7:00:00 | $175.00 | $1,225.00 |
| 1/4/2013 | Prepare exhibits and schedules summarizing real transactions. | 5:00:00 | $175.00 | $875.00 |
| 1/7/2013 | Review Compass bank statements and incoming / outgoing funds. | 4:30:00 | $175.00 | $787.50 |
| 1/8/2013 | Review Compass bank statements and incoming / outgoing funds. | 1:30:00 | $175.00 | $262.50 |
| 1/9/2013 | Document review and analysis of transactions. | 6:00:00 | $175.00 | $1,050.00 |
| 1/10/2013 | Review Unique bank statements. | 6:30:00 | $175.00 | $1,137.50 |
| 1/11/2013 | Meeting with legal counsel, review documents and summarize transactions. | 4:45:00 | $175.00 | $831.25 |
| 1/14/2013 | Review prepared exhibits. | 0:15:00 | $175.00 | $43.75 |
| 1/15/2013 | Review prepared exhibits. | 0:15:00 | $175.00 | $43.75 |
| 1/16/2013 | Search for cancelled checks. Supporting disbursement analysis. | 2:30:00 | $175.00 | $437.50 |
| 1/17/2013 | Review quickbook files and cancelled checks to obtain supporting documentation. | 3:00:00 | $175.00 | $525.00 |
| 1/18/2013 | Prepare exhibits and review bank statements for Playtime. | 1:15:00 | $175.00 | $218.75 |
| Total: Bryan Wong | | 55.25 | | $9,668.75 |
| Professional: Eric Wolf | | | | |
| 11/8/2012 | Review of documents in data room | 1:30:00 | $200.00 | $300.00 |
| 11/9/2012 | Review of documents in data room | 0:30:00 | $200.00 | $100.00 |
| 11/26/2012 | Data room review | 0:15:00 | $200.00 | $50.00 |
| 11/27/2012 | Data room review | 0:15:00 | $200.00 | $50.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/3/2012 | Data analysis related to documents in data room | 2:00:00 | $200.00 | $400.00 |
| 1/11/2013 | Assist in analyzing provided data | 1:00:00 | $200.00 | $200.00 |
| **Total: Eric Wolf** | | **5.50** | | **$1,100.00** |

**Professional: Lynton Kotzin**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/12/2012 | Review application for employment and related documents. | 1:30:00 | $325.00 | $487.50 |
| 10/19/2012 | Data review and analysis of documents produced. | 2:00:00 | $325.00 | $650.00 |
| 10/23/2012 | Client meeting with Ganz & Shaffer (2.0) Data review and analysis. | 3:00:00 | $325.00 | $975.00 |
| 10/26/2012 | Data analysis and review. | 0:30:00 | $325.00 | $162.50 |
| 11/9/2012 | Preparation for and attend meeting with counsel (Jerome & Ganz). | 3:00:00 | $325.00 | $975.00 |
| 11/12/2012 | Data analysis and review for purposes of quantifying sources and uses of cash. | 0:30:00 | $325.00 | $162.50 |
| 11/21/2012 | Data analysis and review for purposes of quantifying sources and uses of cash. | 0:30:00 | $325.00 | $162.50 |
| 11/30/2012 | Data analysis and review for purposes of quantifying sources and uses of cash. | 0:30:00 | $325.00 | $162.50 |
| 12/3/2012 | Data analysis and review for purposes of quantifying sources and uses of cash. | 0:30:00 | $325.00 | $162.50 |
| 1/7/2013 | Data review and analysis regarding sources and uses of cash. | 2:00:00 | $325.00 | $650.00 |
| 1/8/2013 | Data review and meeting with counsel (Ganz). | 2:00:00 | $325.00 | $650.00 |
| 1/9/2013 | Prepare analysis for preliminary status report. | 2:30:00 | $325.00 | $812.50 |
| 1/18/2013 | Prepare and review preliminary status report. | 5:00:00 | $325.00 | $1,625.00 |
| 1/19/2013 | Prepare and review preliminary status report. | 2:00:00 | $325.00 | $650.00 |
| 1/23/2013 | Data review and analysis; discuss with counsel. | 0:30:00 | $325.00 | $162.50 |
| 1/29/2013 | Review data and internal status meeting with SG. | 1:00:00 | $325.00 | $325.00 |
| 2/5/2013 | Review bank statements and other financial information. | 2:00:00 | $325.00 | $650.00 |
| **Total: Lynton Kotzin** | | **29.00** | | **$9,425.00** |

**Professional: Steve Gillhaus**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/23/2012 | Meeting with Craig Ganz and Tim Shaffer. | 2:00:00 | $225.00 | $450.00 |
| 10/31/2012 | Reveiw of email received from Tim Shaffer. | 0:15:00 | $225.00 | $56.25 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/5/2012 | Review of documents provided by Craig Ganz. | 1:00:00 | $225.00 | $225.00 |
| 11/6/2012 | Review of CentrePointe / William Freear binders provided by Craig Ganz. | 0:15:00 | $225.00 | $56.25 |
| 11/7/2012 | Review of CentrePointe / William Freear binders provided by Craig Ganz. | 5:30:00 | $225.00 | $1,237.50 |
| 11/8/2012 | Review of CentrePointe / William Freear binders provided by Craig Ganz. | 5:15:00 | $225.00 | $1,181.25 |
| 11/9/2012 | Data review and meeting at Snell and Wilmer's office. | 6:45:00 | $225.00 | $1,518.75 |
| 11/12/2012 | Document review / bank statement analysis. | 7:45:00 | $225.00 | $1,743.75 |
| 11/13/2012 | Review data from Snell and Wilmer and analyze bank statements. | 5:45:00 | $225.00 | $1,293.75 |
| 11/15/2012 | Review data from Snell and Wilmer and analyze bank statements. | 6:45:00 | $225.00 | $1,518.75 |
| 11/16/2012 | Review data from Snell and Wilmer and analyze bank statements. | 7:30:00 | $225.00 | $1,687.50 |
| 11/19/2012 | Review bank statements and summarize bank balances. | 5:30:00 | $225.00 | $1,237.50 |
| 11/20/2012 | Review bank statements and summarize bank balances. | 5:30:00 | $225.00 | $1,237.50 |
| 11/21/2012 | Review bank statements and summarize bank balances. | 2:00:00 | $225.00 | $450.00 |
| 11/26/2012 | Review bank statements and incoming / outgoing funds. | 8:15:00 | $225.00 | $1,856.25 |
| 11/27/2012 | Review bank statements and incoming / outgoing funds. | 5:15:00 | $225.00 | $1,181.25 |
| 11/28/2012 | Review bank statements and incoming / outgoing funds. | 7:00:00 | $225.00 | $1,575.00 |
| 11/29/2012 | Review bank statements and incoming / outgoing funds. | 5:00:00 | $225.00 | $1,125.00 |
| 11/30/2012 | Review bank statements and incoming / outgoing funds. | 6:45:00 | $225.00 | $1,518.75 |
| 12/3/2012 | Review bank statements and incoming / outgoing funds. | 3:00:00 | $225.00 | $675.00 |
| 12/5/2012 | Review bank statements and incoming / outgoing funds. | 7:45:00 | $225.00 | $1,743.75 |
| 12/6/2012 | Review bank statements and incoming / outgoing funds. | 4:15:00 | $225.00 | $956.25 |
| 12/7/2012 | Review bank statements and incoming / outgoing funds. | 6:00:00 | $225.00 | $1,350.00 |
| 12/10/2012 | Review bank statements and incoming / outgoing funds. | 6:30:00 | $225.00 | $1,462.50 |
| 12/11/2012 | Review bank statements and incoming / outgoing funds. | 0:30:00 | $225.00 | $112.50 |
| 12/12/2012 | Review bank statements and incoming/outgoing funds. | 5:15:00 | $225.00 | $1,181.25 |
| 12/13/2012 | Review bank statements and incoming/outgoing funds. | 7:45:00 | $225.00 | $1,743.75 |
| 12/14/2012 | Review bank statements and incoming/outgoing funds. | 4:30:00 | $225.00 | $1,012.50 |
| 12/17/2012 | Review bank statements and incoming/outgoing funds. | 5:30:00 | $225.00 | $1,237.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/18/2012 | Review bank statements and incoming/outgoing funds. | 6:00:00 | $225.00 | $1,350.00 |
| 12/19/2012 | Review bank statements of approximately 50 CentrePointe / McCallister / Unique entities, review supporting QuickBooks bank reconciliation detail, analyze and summarize incoming / outgoing funds, and prepare sources and uses of funds summary. | 4:15:00 | $225.00 | $956.25 |
| 1/2/2013 | Review bank statements of approximately 50 CentrePointe / McCallister / Unique entities, review supporting QuickBooks bank reconciliation detail, analyze and summarize incoming / outgoing funds, and prepare sources and uses of funds summary. | 6:30:00 | $225.00 | $1,462.50 |
| 1/3/2013 | Review bank statements of approximately 50 CentrePointe / McCallister / Unique entities, review supporting QuickBooks bank reconciliation detail, analyze and summarize incoming / outgoing funds, and prepare sources and uses of funds summary. | 7:00:00 | $225.00 | $1,575.00 |
| 1/4/2013 | Review bank statements of approximately 50 CentrePointe / McCallister / Unique entities, review supporting QuickBooks bank reconciliation detail, analyze and summarize incoming / outgoing funds, and prepare sources and uses of funds summary. | 7:00:00 | $225.00 | $1,575.00 |
| 1/7/2013 | Summarize bank data and create sources and uses. | 7:00:00 | $225.00 | $1,575.00 |
| 1/8/2013 | Summarize bank data and create sources and uses; meet with Craig Ganz, prepare deposition questions. | 7:15:00 | $225.00 | $1,631.25 |
| 1/9/2013 | Search data room and prepare preliminary status report. | 7:00:00 | $225.00 | $1,575.00 |
| 1/10/2013 | Search data room and prepare preliminary status report. | 7:30:00 | $225.00 | $1,687.50 |
| 1/11/2013 | Preparation of preliminary status report and meet with Craig Ganz. | 7:00:00 | $225.00 | $1,575.00 |
| 1/14/2013 | Prepare preliminary data report, and search for Stewart Title related documents in data room. | 5:30:00 | $225.00 | $1,237.50 |
| 1/15/2013 | Search for Stewart Title related documents in data room. | 7:00:00 | $225.00 | $1,575.00 |
| 1/16/2013 | Search for Stewart Title related documents in data room. | 5:45:00 | $225.00 | $1,293.75 |
| 1/17/2013 | Search data room for Stewart Title related documents, prepare status report. | 6:00:00 | $225.00 | $1,350.00 |
| 1/18/2013 | Additional sources and uses analysis, prepare status report. | 7:45:00 | $225.00 | $1,743.75 |
| 1/21/2013 | Finalize status report and review Jeff Tiller's cpdevelopment emails. | 7:15:00 | $225.00 | $1,631.25 |
| 1/22/2013 | Review Jeff Tiller's cpdevelopment emails. | 6:45:00 | $225.00 | $1,518.75 |
| 1/23/2013 | Review Jeff Tiller's cpdevelopment emails and meet with attorney Adam Nach of Lane & Nach. | 8:00:00 | $225.00 | $1,800.00 |
| 1/24/2013 | Review Jeff Tiller's cpdevelopment emails. | 7:00:00 | $225.00 | $1,575.00 |
| 1/25/2013 | Review Jeff Tiller's cpdevelopment emails. | 7:00:00 | $225.00 | $1,575.00 |
| 1/28/2013 | Review Jeff Tiller's cpdevelopment emails. | 7:30:00 | $225.00 | $1,687.50 |
| 1/29/2013 | Discuss project progress and next steps with Lynton; review Jeff Tiller's cpdevelopment emails. | 2:30:00 | $225.00 | $562.50 |
| 1/30/2013 | Review Jeff Tiller's cpdevelopment emails. | 7:00:00 | $225.00 | $1,575.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/31/2013 | Review Jeff Tiller's cpdevelopment emails. | 1:15:00 | $225.00 | $281.25 |
| 2/5/2013 | Meeting with Craig Ganz, Adam Nach, and Lynton to discuss litigation of claims and project status. | 1:30:00 | $225.00 | $337.50 |

Total: Steve Gillhaus

299.25 $67,331.25

**Grand Total**

389.00 $87,525.00