# EXHIBIT A

**Clotho Corporate Recovery, LLC**
**FINAL Invoice for McCallister Properties etal.**
**February 28, 2013**

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 7/14/12 | Attention to Monthly Operating Reports, finalize, print and deliver to Debtor Counsel | 3.50 | $ 275.00 | $ 962.50 |
| 7/31/12 | Attention to UST Fee invoices preperation, processing checks and mailing. | 1.50 | $ 275.00 | $ 412.50 |
| 7/30/12 | Attention to Creditor questions - research data and files and response. | 1.50 | $ 275.00 | $ 412.50 |
| 7/31/12 | Attention to banking and follow up on Creditor questions. | 1.00 | $ 275.00 | $ 275.00 |
| **Jul-12** | | **7.50** | | **$ 2,062.50** |
| 8/13/12 | Drive to location and collect mail. | 1.00 | $ 275.00 | $ 275.00 |
| **Aug-12** | | **1.00** | | **$ 275.00** |
| 9/13/12 | Drive to location and collect mail. | 1.00 | $ 275.00 | $ 275.00 |
| **Sep-12** | | **1.00** | | **$ 275.00** |
| 10/12/12 | Review proposed Plan of Reorganization and Disclosure Statement submitted by UCC. | 1.50 | $ 275.00 | $ 412.50 |
| 10/20/12 | Drive to location and collect mail. | | $ 275.00 | $ - |
| 10/22/12 | Prepare for meeting with Craig Gantz and Lynton Kotzin to discuss accounting review and data assembled. | 1.00 | $ 275.00 | $ 275.00 |
| 10/23/12 | Meet with Craig Gantz and Lynton Kotzin to discuss data assembled and proposed engagement requirements. | 2.00 | $ 275.00 | $ 550.00 |
| **Oct-12** | | **4.50** | | **$ 1,237.50** |
| 11/23/12 | Attention to Monthly Operating Reports, finalize, print and deliver to Debtor Counsel | 4.00 | $ 275.00 | $ 1,100.00 |
| **Nov-12** | | **4.00** | | **$ 1,100.00** |
| **Total Due** | | **18.00** | | **$ 4,950.00** |

| | **Post Confirmation** | | | |
|---|---|---|---|---|
| 2/15/12 | Attention to Monthly Operating Reports, finalize, print and deliver to Debtor Counsel | 4.00 | $ 275.00 | $ 1,100.00 |
| **Feb-13** | | **4.00** | | **$ 1,100.00** |
| **Total Due** | | **4.00** | | **$ 1,100.00** |