Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Lynton L. Kotzin of Kotzin Valuation Partners,
Chapter 11 Liquidating Trustee/Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>MCCALLISTER PROPERTIES, LLC,<br>    Debtor.<br>LYNTON L. KOTZIN OF KOTZIN VALUATION PARTNERS, CHAPTER 11 LIQUIDATING TRUSTEE,<br>    Movant/Judgment Creditor,<br>vs.<br>VIRTUAL OFFICE GLOBAL, LLC<br>    Defendants/Judgment Debtors,<br>BANK OF ARIZONA<br>    Garnishee. | (Chapter 11 Case)<br>No. 2:12-bk-01288-GBN<br><br>**CHAPTER 11 LIQUIDATING TRUSTEE'S APPLICATION FOR WRIT OF GARNISHMENT OF JUDGMENT DEBTOR**<br><br>**(NON-EARNINGS)** |

Movant, Lynton L. Kotzin of Kotzin Valuation Partners, Chapter 11 Liquidating Trustee ("**Liquidating Trustee**"), by and through attorneys undersigned, hereby applies, pursuant to A.R.S. §12-1572, for a Writ of Garnishment of Virtual Office Global, LLC ("**Judgment Debtor**"). In support hereof, Movant respectfully represents:

1. The Debtor in the above referenced bankruptcy case filed a Voluntary Petition under Chapter 11 of Title 11, United States Code, on January 24, 2012.

2. Chapter 11 Liquidating Trustee is the duly appointed and acting Trustee in this case and Movant in this matter.

3. This Court entered a Judgment/ Order Directing Turnover in favor of Movant in the above-captioned administrative proceeding on April 13, 2016 in the principal sum of $952,528.00.

4. Despite demand by Movant, Judgment Debtor has failed and continues to fail to pay the amount due under the Judgment/ Order Directing Turnover, or any portion thereof.

5. The total amount of $952,528.00 remains due and owing to the Chapter 11 Liquidating Trustee from the Judgment Debtor, plus interest which has been accruing interest at the rate set forth in 28 U.S.C. §1961 per annum since.

6. Upon information and belief, Bank of America, N.A. ("**Garnishee**") is indebted to the Judgment Debtor for (a) monies which are not earnings; or (b) the Garnishee is holding non-exempt monies on behalf of the Judgment Debtor; or (c) the Garnishee has in its possession non-exempt personal property belonging to the Judgment Debtor; or (d) the Garnishee is a corporation and the Judgment Debtor are the owners of shares in such corporation, or has a proprietary interest in the corporation.

7. The name and address of Garnishee is:

Bank of Arizona
3001 E. Camelback Rd., Ste. 100
Phoenix, Arizona 85018

WHEREFORE, Lynton L. Kotzin of Kotzin Valuation Partners, Chapter 11 Liquidating Trustee, respectfully requests that this Court issue a Writ of Garnishment and Summons (Non-Earnings) of Virtual Office Global, LLC, Judgment Debtor, as satisfaction of debt to the above referenced bankruptcy estate in the amount of $952,528.00 plus interest at the rate set forth in 28 U.S.C. §1961 per annum.

RESPECTFULLY SUBMITTED this 13th day of June, 2016.

**LANE & NACH, P.C.**

By: /s/ *Adam B. Nach – 013622*
Adam B. Nach
Joel F. Newell
Attorneys for Trustee

| | |
|---|---|
| 1 | COPY of the foregoing delivered via electronic notification to: |
| 2 | Office of U.S. Trustee |
| 3 | 230 North First Avenue<br>Phoenix, AZ 85003<br>Email: Patty.Chan@usdoj.gov |
| 4 | |
| 5 | By /s/ *Karen Graves* |